NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

JOHN MEZZALINGUA ASSOCIATES, INC. (doing business as PPC, Inc.),
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee.*

---

2010-1373

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-650.

---

## ON MOTION

---

## ORDER

Upon consideration of Gem Electronics, Inc. and Fu-Ching Technical Industrial Co., Ltd.'s unopposed motion to withdraw as intervenors,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

**OCT 2 1 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: John R. Horvack, Jr., Esq.
Daniel E. Valencia, Esq.
Richard L. Stroup, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 1 2010**

**JAN HORBALY**
**CLERK**